IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| RAPIDDEPLOY, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRAUS ASSOCIATES, INC. D/B/A AK ASSOCIATES <br><br> Defendant. | Case No. 3:19-cv-00668-TJC-JBT |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff RapidDeploy, Inc., through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of the dismissal of this action. Pursuant to agreement between the parties, this dismissal is WITHOUT PREJUDICE and with each party to bear its own attorneys' fees and expenses.

Dated:   October 2, 2019

/s/ *Daniel C. Johnson*
Daniel C. Johnson
Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
200 S. Orange Ave., Ste. 1000 | Orlando, Florida  32801-3400
Tel: 407-244-8237
djohnson@carltonfields.com
dcarlucci@carltonfields.com (secondary)
orlecf@cfdom.net (secondary)

Maximilian A. Grant
Trial Counsel
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
Tel: 202-637-2200
max.grant@lw.com

1

119826865.1

*Attorneys for Plaintiff RapidDeploy, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2019, a copy of the foregoing document was filed using the Court's CM/ECF system, which served a true and correct electronic copy thereof on all counsel of record.

/s/ Daniel C. Johnson
Attorney

2

119826865.1